Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702.420.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiff
Scott Serio

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SCOTT SERIO**,<br><br>Plaintiff,<br><br>vs.<br><br>**PREGAME LLC AND RANDALL JAMES BUSACK**,<br><br>Defendants. | Case No. 2:21-cv-01940<br><br>**PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff requests the Clerk to enter an Order of Default against Defendants Pregame LLC and Randall James Busack, as Defendants have not answered the Complaint served upon them on November 10, 2021. (*See* Dkt. Nos. 6 and 7). In support of this request, Plaintiff relies on the pleadings on file herein and the Declaration of Ronald D. Green filed in support hereof.

Dated: January 20, 2022

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

*/s/ Ronald D. Green*
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702.420.2001 – Telephone
ecf@randazza.com

*Attorneys for Plaintiff Scott Serio*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed on this 20th day of January, 2022 and served via the Court's CM/ECF electronic filing system.

/s/ Ronald D. Green
RONALD D. GREEN