Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702.420.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiff
Scott Serio

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **SCOTT SERIO**, <br><br> Plaintiff, <br><br> vs. <br><br> **PREGAME LLC AND RANDALL JAMES BUSACK**, <br><br> Defendants. | Case No. 2:21-cv-01940 <br><br> **DECLARATION OF RONALD D. GREEN IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK TO ENTER DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)** |

I, Ronald D. Green, declare the following in support of Plaintiff's request for the Clerk to enter an Order of Default against Pregame LLC and Randall James Busack.

1. Defendants Pregame LLC and Randall James Busack were served with the Complaint and Summons on November 10, 2021, and Affidavits of this service were filed with the Court (*see* Dkt. Nos. 6 and 7). True and correct copies of the Affidavits of Service are attached hereto as **Exhibit 1.**

2. The deadline for the Defendants to answer was December 1, 2021, and the Defendants have yet to answer or otherwise file a response to the Complaint.

3. Defendants have not provided myself or Plaintiff any indication of any intention to answer the Complaint.

Dated: January 20, 2022

Respectfully submitted,
RANDAZZA LEGAL GROUP, PLLC

*/s/ Ronald D. Green*
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702.420.2001 – Telephone
ecf@randazza.com

*Attorneys for Plaintiff Scott Serio*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed on this 20th day of January, and served via the Court's CM/ECF electronic filing system.

/s/ Ronald D. Green
RONALD D. GREEN