# Exhibit 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| SCOTT SERIO | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:21-cv-01940-JAD-NJK |
| PREGAME LLC AND RANDALL JAMES BUSACK | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pregame LLC
Serve: Registered Agent
Mr. Randall J. Busack
5860 South Pecos Road
Suite 400
Las Vegas, NV 89120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc J. Randazza
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702.420.2001 - Telephone
mjr@randazza.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/21/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01940-JAD-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Pregame LLC__
was received by me on *(date)* __11/4/2021__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Randall J. Busack, Registered Agent__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Pregame LLC at 4121
Ridgewood Ave., Las Vegas, NV 89120__ on *(date)* __11/10/2021 @ 1:34pm__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/12/2021__

*Server's signature*

__Pedro Contreras, Process Server #R-2019-05690__
*Printed name and title*

Legal Process Service, Lic. 604
724 S. 8th Street
Las Vegas, NV 89101
*Server's address*

Additional information regarding attempted service, etc:
Additional Documents: Complaint for Copyright Infringement

[ Print ]  [ Save As... ]                                              [ Reset ]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| SCOTT SERIO<br><br>*Plaintiff(s)*<br>v.<br>PREGAME LLC AND RANDALL JAMES BUSACK<br><br>*Defendant(s)* | Civil Action No. 2:21-cv-01940-JAD-NJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Randall James Busack
2575 South Highland Drive
Las Vegas, NV 89109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marc J. Randazza
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702.420.2001 - Telephone
mjr@randazza.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/21/2021

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01940-JAD-NJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Randall James Busack**
was received by me on *(date)* **11/4/2021**.

☒ I personally served the summons on the individual at *(place)* **4121 Ridgewood Ave., Las Vegas, NV 89120** on *(date)* **11/10/2021 @ 1:34pm**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/12/2021**

*Server's signature*

**Pedro Contreras, Process Server #R-2019-05690**
*Printed name and title*

Legal Process Service, Lic. 604
724 S. 8th Street
Las Vegas, NV 89101
*Server's address*

Additional information regarding attempted service, etc:
Additional Documents: Complaint for Copyright Infringement

[Print]  [Save As...]  [Reset]