Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702.420.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiff
Scott Serio

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT SERIO,

               Plaintiff,

    v.

PREGAME LLC and RANDALL JAMES BUSACK,

             Defendants.

Case No.: 2:21-cv-01940-JAD-NJK

**DECLARATION OF TREY A. ROTHELL IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

I, Trey A. Rothell, declare:

1.    I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff SCOTT SERIO ("Serio") in the above-captioned matter. I provide this Declaration in support of Serio's Motion for Entry of a Final Default Judgment Against Defendants Pregame LLC and Randall James Busack (collectively "Defendants"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

2.    Defendants have refused to answer, show up or otherwise respond in this case.

3.    Attached hereto as **Exhibit 1** is Defendants' website on October 25, 2022, showing the Work still on the website.

4.     Injunctive relief is warranted because Defendants have refused to respond to Counsel or the Court, and due to their lack of a response, there is a chance it could infringe again in the future.

5.     Serio has incurred $10,608.70 in attorney's fees and costs.

6.     Attached as **Exhibit 2** is our invoice that details the costs incurred by Randazza Legal Group, PLLC as local counsel for this matter.

7.     Attached as **Exhibit 3** is Plaintiff's Primary Counsel's invoice that details the costs incurred by SRIPLAW, P.A., in connection with this matter.

8.     Though the matter was uncontested, considerable time was spent investigating the factual circumstances of the matter, drafting the notice letters to Defendants, drafting the Complaint in this matter, obtaining the Motion for entering Default Judgment, and corresponding Declarations.

9.     Serio has incurred $676.20 in costs.

10.     Members of Randazza Legal Group, including myself, have spent considerable time on this matter. To date, we have accumulated approximately 10.3 hours in this matter.

11.     Based on Randazza Legal Group's cumulative billing rate, Serio has incurred $2,755.00 in attorneys' fees.

12.     Based on SRIPLAW's cumulative billing rate, Serios has incurred $7,177.50 in attorneys' fees.

13.     Jonah Grossbardt of SRIPLAW had a billing rate of $450.00 per hour in 2021 which increased to $525.00 per hour in 2022. This is a reasonable rate for an attorney of his experience. He expended 0.9 hours in connection with this matter.

14.     Matthew Rollin of SRIPLAW had a billing rate of $300 which later increased to $325 beginning December 1, 2021. This is a reasonable rate for an attorney of his experience. He expended 13.1 hours in connection with this matter.

15. SRIPLAW's Paralegal Jamie James had a billing rate of $200.00 per hour which later increased to $275.00 per hour in 2022. This is reasonable rate for a paralegal of her experience. She expended 11.0 hours in connection with this matter.

16. SRIPLAW's Paralegal Lindsey Colyer had a billing rate of $200.00 per hour. This is reasonable rate for a paralegal of her experience. She expended 0.1 hours in connection with this matter.

17. SRIPLAW's Assistant, Connor William has a billing rate of $175.00 per hour which is reasonable rate for a legal assistant of his experience. He expended 0.2 hours in connection with this matter.

18. Attorney Ronald D. Green, Jr. of Randazza Legal Group, PLLC has a JD from University of Pittsburgh School of Law and is a Nevada-licensed attorney with 22 years of litigation experience. He has spent most of his career as an intellectual property litigator. Mr. Green's customary billing rate is $600 per hour. He worked 1.1 compensable hours on this matter.

19. I earned my JD at the Florida State University College of Law, and I am licensed to practice law in the State of Nevada. I have been a licensed attorney for approximately 1 year; however, prior to becoming licensed, I worked for Randazza Legal Group as a law clerk for 3 years, and I have an additional 4 years of experience as a paralegal. My billing rate is $325 per hour, and I worked 4.4 compensable hours on this matter.

20. Randazza Legal Group's paralegal Suzanne Levenson is a paralegal with approximately 8 years of legal experience. Her billing rate is $175 per hour. She worked 3.4 compensable hours on this matter.

21. Randazza Legal Group's paralegal Brittani Holt is a paralegal with approximately 12 years of legal experience. Her billing rate is $175 per hour. She worked 1.4 compensable hours on this matter.

22. With the above billing rates, Serio has incurred attorneys' fees of at least $9,932.50 in connection with the pursuit of Serio's claims against Defendants.

23.     These fees are reasonable because they reflect the market rate for services of similar quality and nature in the local area.

24.     Serio is entitled to interest calculated from the date of infringement of May 5, 2017. As of the date of infringement, the interest rate was 1.10 percent. Attached as **Exhibit 4** is a true and correct copy of a table of federal interest rates from the date the infringement was discovered, which I downloaded on November 10, 2022, from the Federal Reserve Board's website at https://fred.stlouisfed.org/series/DGS1.

25.     For purposes of setting the post-judgment interest rate under 28 U.S.C. § 1961, the average 1-year constant maturity Treasury yield through November 8, 2022, was 4.77 percent. Attached as **Exhibit 5** is a true and correct copy of a table of current federal interest rates, which I obtained from the Federal Reserve Board's website at https://www.federalreserve.gov/releases/h15/ (printout of "Treasury Constant Maturities," displaying "1-year Treasury constant maturity"). Also attached at **Exhibit 6** is an explanation of how to obtain the information, from http://www.uscourts.gov/services-forms/fees/post-judgement-interest-rate.

26.     My office caused a copy of Serio's Motion to be mailed to Defendants on November 10, 2022, at Mr. Randall J. Busack, 5860 South Pecos Road, Suite 400, Las Vegas, NV 89120. Serio has served Defendants with its requested damage amount with its counsel's service of this motion on Defendants.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 10, 2022.

/s/ Trey A. Rothell
TREY A. ROTHELL

# Exhibit 1

| | |
|---|---|
| **URL** | https://pregame.com/sports/stories/b/news/posts/irap-2017-kentucky-derby-odds |
| **Date captured** | March  4th 2021, 10:39:49AM |
| **Last updated** | March  4th 2021, 10:39:49AM |
| **Hash** | 4d09f2a609d2536c0156b8fbae30382b002b2d9ee514da32676e38cb7e0ded52 |

# STORIES



### Sports news with a Vegas perspective.

👥 1 MEMBERS

| TYPE: | Joinless |
|---|---|
| CREATED ON: | 09/07/2011 10:47 PM |
| LAST UPDATE: | 03/02/2021 11:21 AM |

---

‹ BACK TO BLOG INDEX          ↪ # SHARES

---

# Irap 2017 Kentucky Derby Odds

05/06/2017 7:32 AM · BRANDON WATSON



This year's Kentucky Derby has a couple of leaders at the front of the pack and then several other horses that seem to be in a large group that are drawing some long odds. Irap is one of the 2017 Kentucky Derby Longshots. The Kentucky Derby will begin at 6:34pm EST Saturday from Churchill Downs in Louisville, Kentucky.

Trainer Doug F. O'neill

Jockey Mario Gutierrez

Morning Line Odds 20-1

Current Odds 39-1 (kentuckyderby.com as of 10:30

a.m. Saturday)

Kentucky Derby Facts

— The biggest "longshot" was in 1913 when  Donerail paid out at 91.45-1 odds.
— The highest attendance ever was in 2015 with 170,513 people. Last year there was 167,227 people.
— An "official" Mint Julip at the Kentucky Derby is made with "Early Times" whiskey.
— New York sports columnist Bill Corum coined the phrase "Run for the Roses."

Kentucky Derby Records

Winning Jockey: Both Eddie Arcaro and Bill Hartack have recorded five wins each. For Arcaro you need to travel back to 1938 (final win was in 1952) for his first of five wins and for Hartack back to 1957 (final win was in 1969).

Winning Trainer: Ben A Jones worked together with jockey Eddie Arcaro spanning from 1938 to 1952 and collected a total of six wins at the Kentucky Derby.

Winning Owner: Over a course of 27 years, Calumet Farm had a total of eight Derby wins (1941, 1944, 1948, 1949, 1952, 1957, 1958).

Winning Length: There is a tie between two horses from the 1940s, Whirlaway and Assault. Both captured the Kentucky Derby with a margin of eight lengths (1941 for Whirlaway and 1946 for

Assault).

Winning Time: Probably one of the most famous horses in history, Secretariat, is the holder of this record. In 1973 he ran the Derby in 1:59:40 and is the only horse to ever run the 11/4 mile race in under two minutes.

$25 of picks FREE No Obligation - No Credit Card Required - Becoming a member is Fast and Free!

Stay on top of the latest odds and line moves for NBA Playoffs with our real-time odds from Las Vegas and offshore!

TOPICS:   News     Irap Odds
kentucky derby odds      odds      Brandon Watson
Irap      Post Positions
kentucky derby post position
Kentucky Derby 143



BRANDON WATSON

- Journalist living in West Michigan. Inaugural "Who's The Man" contest winner at Pregame.com. Journalist living in West Michigan. Inaugural "Who's The Man" contest winner

at
Pregame.com.



---

SHARE

Like      SHARE           TWEET           EMAIL

SELECT URL

COMMENTS (0)



ABOUT US     TERMS OF SERVICE     PRIVACY PLEDGE     SUPPORT     SIGN UP     CONTACT US

Pregame.com does not accept or place bets, and is NOT a gambling site.
© 2020 Pregame.com. Pregame.com is located and licensed in Las Vegas, Nevada.











Modified: 05 May 2017   Screenshot: 30 Jul 2020 03:09:47

Irap 2017 Kentucky Derby Odds ×   +

🔒 pregame.com/sports/stories/b/news/posts/irap-2017-kentucky-derby-odds

# Irap 2017 Kentucky Derby Odds

05/06/2017 7:32 AM · BRANDON WATSON



This year's Kentucky Derby has a couple of leaders at the front of the pack and then several other horses that seem to be in a large group that are drawing some long odds. **Irap** is one of the **2017 Kentucky Derby Longshots**. The Kentucky Derby will begin at 6:34pm EST Saturday from Churchill Downs in Louisville, Kentucky.

# Exhibit

# 2



**Randazza Legal Group**
**P.O. Box 5516**
**Gloucester, MA 01930**
**888-667-1113**

Invoice submitted to:

Serio
███████████

| | |
|---|---|
| Invoice # | **27203** |
| Invoice Date | **11/10/2022** |
| For Services Through | 11/10/2022 |
| Terms: | **Net 7** |

| **Date** | **By** | **Service Summary** | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| In Reference To: | | **adv. Busack (Attorney Time)** | | |
| 10/21/2021 | SL | *Paralegal Time*<br>Intake of documents for filing from SR IP. Conformed documents and formatted for filing. Filed with Court. | 1.30 at $ 175.00/hr | $ 227.50 |
| 12/03/2021 | SL | *Paralegal Time - NO CHARGE*<br>Supervised filing of Affidavits of service and intake of file-stamped documents. | 1.00 at $ 0.00/hr | No Charge |
| 12/03/2021 | BH | *Paralegal Time*<br>Receive the Affidavit of Attempted Service on Pregame, LLC, and save it to the file. | 0.10 at $ 175.00/hr | $ 17.50 |
| 12/03/2021 | BH | *Paralegal Time*<br>Receive the Affidavit of Attempted Service on Randall James Busack, and save it to the file. | 0.10 at $ 175.00/hr | $ 17.50 |
| 12/03/2021 | BH | *Paralegal Time*<br>Receive Summons Returned Executed regarding service upon Defendant, Pregame, LLC and save to the file. | 0.20 at $ 175.00/hr | $ 35.00 |
| 12/03/2021 | BH | *Paralegal Time*<br>Receive Summons Returned Executed regarding service upon Defendant, Randall J. Busack and save to the file. | 0.20 at $ 175.00/hr | $ 35.00 |
| 01/19/2022 | SL | *Paralegal Time*<br>Format Request for Clerk's Default on our livery. Fix document, formatting in preparation for filing. | 0.90 at $ 175.00/hr | $ 157.50 |
| 01/20/2022 | BH | *Paralegal Time*<br>Finalize and file Plaintiff's Request for Clerk to Enter Default Pursuant to Fed. R. Civ. P 55(a). | 0.70 at $ 175.00/hr | $ 122.50 |
| 01/20/2022 | RDG | *Attorney Time*<br>Review default papers and RDG Declaration in support thereof and related documents. | 0.30 at $ 600.00/hr | $ 180.00 |
| 01/21/2022 | SL | *Paralegal Time*<br>Intake of file-stamped documents. Saved to file, and sent to SR IP. | 0.20 at $ 175.00/hr | $ 35.00 |
| 04/12/2022 | RDG | *Attorney Time*<br>Instruct SLL re: finalizing default documents and accounting for expenses. | 0.30 at $ 600.00/hr | $ 180.00 |
| 04/25/2022 | RDG | *Attorney Time*<br>Review time sheets and instruct re: redaction. | 0.50 at $ 600.00/hr | $ 300.00 |
| 09/14/2022 | TAR | *Attorney Time*<br>Checking status of matter; calendaring deadline to move for default judgment. | 0.10 at $ 325.00/hr | $ 32.50 |
| 10/03/2022 | TAR | *Attorney Time*<br>Review court order re: dismissal; transmit same to lead attys. | 0.20 at $ 325.00/hr | $ 65.00 |
| 10/06/2022 | TAR | *Attorney Time*<br>Confer w/ lead counsel re: ████████████. | 0.10 at $ 325.00/hr | $ 32.50 |
| 10/26/2022 | BH | *Paralegal Time* | 0.10 at $ 175.00/hr | $ 17.50 |

|            |     | Research regarding case strategy and status.                                                                            |                      |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------|----------------------|----------|
| 11/07/2022 | TAR | *Attorney Time*<br>Begin review of default judgment materials; edits to motion and research re: same.                    | 1.80 at $ 325.00/hr  | $ 585.00 |
| 11/10/2022 | TAR | *Attorney Time*<br>Further review of and edits to motion for default judgment; preparing same for filing; research re: same. | 2.20 at $ 325.00/hr  | $ 715.00 |

**In Reference To:  adv. Busack (Expenses)**

|            |     |                                                              |          |          |
|------------|-----|--------------------------------------------------------------|----------|----------|
| 10/20/2021 | TAR | *Filing Fees*<br>Complaint filing fee - district of nevada.  | $402.00  | $ 402.00 |

*Total Hours:   10.30 hrs*
*Total Attorney Time: $ 2,755.00*
*Total Expenses:   $ 402.00*
**Total Invoice Amount: $ 3,157.00**
**Previous Balance:      $ 0.00**
**Balance (Amount Due): $ 3,157.00**

NOTE: NEW WIRE INSTRUCTIONS

RANDAZZA LEGAL GROUP, PLLC

**Trust Account Summary**

**Billing Period: 10/20/2021 - 11/10/2022**

**Client: SRIP - Serio, Scott | General Matter Trust**

| **Total Deposits** | **Total Disbursements** | **Current Balance** |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

| **Date** | **Transaction** | **Deposit** | **Disbursement** | **Balance** |
|---|---|---|---|---|

No activity for this billing period.

If you want to pay by credit card, use the LawPay link on this invoice
ENTER YOUR INVOICE NUMBER ON THE PAYMENT SCREEN

Wire Instructions:
RANDAZZA LEGAL GROUP, PLLC



Invoices that age 30 days subject to 18% annual interest rate

# Exhibit

# 3



**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350

Mr. Scott Serio
7 Spring Knoll Ct.
Colora, MD 21917

# Invoice

| | |
|---|---|
| Invoice Number | 35900 |
| Invoice Date | 10/26/2022 |
| Payment Due On | 11/10/2022 |
| **Amount Due** | **$7,451.70** |

# 00687-0010 - Serio - Intellectual Property Litigation

Copyright Infringement Imagerights CAS 102067 NEVADA

## Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 10/15/2020 | Services provided on 10/15/2020 - 1 email sent/reviewed regarding Eclipse Sportswire v. Pregame LLC (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 03/25/2021 | Services provided on 3/25/2021 - 1 email sent/reviewed regarding Eclipse Sportswire v. Pregame LLC Case No.: Our File: 00687-0010 (0.10hrs) | CJW | $175.00 | 0.10 | $17.50 |
| 04/08/2021 | Services provided on 4/8/2021 - 1 email sent/reviewed regarding Eclipse Sportswire v. Pregame LLC Case No.: Our File: 00687-0010 (0.10hrs) | CJW | $175.00 | 0.10 | $17.50 |
| 08/10/2021 | Services provided on 8/10/2021 - Copyright Complaint - 2021 Version edited (0.10hrs) | MLR | $300.00 | 0.10 | $30.00 |

| 08/19/2021 | Services provided on 8/19/2021<br>- Eclipse v. Pregame & Busack Complaint created (0.40hrs)<br>- Copyright Complaint - 2021 Version reviewed (0.20hrs)<br>- CAS-102067 CASE INFO reviewed (0.20hrs)<br>- Exhibit 1 - Registration edited (0.10hrs)<br>- Exhibit 2 - Infringement edited (0.10hrs)<br>- Exhibit 3 - Demand Letters edited (0.10hrs)<br>- 2 emails sent/reviewed regarding Eclipse Sportswire v. Pregame LLC & Busack (0.10hrs) | JCJ | $200.00 | 1.20 | $240.00 |
| 08/23/2021 | Services provided on 8/23/2021<br>- Local Counsel Agreement - Randazza Legal Group, PLLC created (0.10hrs)<br>- 2 emails sent/reviewed regarding Eclipse Sportswire v. Pregame LLC & Busack (0.20hrs) | JCJ | $200.00 | 0.30 | $60.00 |
| 08/23/2021 | Services provided on 8/23/2021<br>- Email attachment reviewed - Eclipse v. Pregame & Busack Complaint (0.10hrs)<br>- Eclipse v. Pregame & Busack Complaint - FINAL edited and reviewed (0.10hrs)<br>- 2 emails sent/reviewed regarding Eclipse Sportswire v. Pregame LLC & Busack (0.20hrs) | MLR | $300.00 | 0.40 | $120.00 |
| 10/07/2021 | Services provided on 10/7/2021<br>- Exhibit 1 - Registration reviewed (0.10hrs)<br>- COI-CDS created (0.10hrs)<br>- Summons - 1st Def (corporation) created (0.10hrs)<br>- Summons - 2nd Def (person) created (0.10hrs)<br>- Civil Cover Sheet created (0.10hrs)<br>- AO 121 - Report on Filing of Copyright created (0.10hrs)<br>- Copyright Complaint - 2020 Version (Updated 8-21) created (0.30hrs)<br>- Copyright Complaint - 2021 Version reviewed (0.20hrs)<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: Our File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 1.20 | $240.00 |

| 10/08/2021 | Services provided on 10/8/2021<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: Our File: 00687-0010 (0.20hrs) | JCJ | $200.00 | 0.20 | $40.00 |
|---|---|---|---|---|---|
| 10/20/2021 | Services provided on 10/20/2021<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: Our File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 10/21/2021 | Services provided on 10/21/2021<br>- Serio v. Pregame created (0.10hrs)<br>- DE 0003. Summons - Pregame edited (0.10hrs)<br>- DE 0003. Summons - Busack edited (0.10hrs)<br>- 2 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: Our File: 00687-0010 (0.10hrs)<br>- 2 emails sent/reviewed regarding Activity in Case 2:21-cv-01940 Serio v. Busack et al Complaint (0.40hrs)<br>- 2 emails sent/reviewed regarding Activity in Case 2:21-cv-01940 Serio v. Busack et al Certificate of Interested Parties (0.10hrs)<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 1.00 | $200.00 |
| 10/25/2021 | Services provided on 10/25/2021<br>- Summons and Complaint - Busack created (0.10hrs)<br>- Summons and Complaint - Pregame created (0.10hrs)<br>- Case Expense Checklist - Service Fees created, then edited (0.10hrs)<br>- 1 email sent/reviewed regarding Activity in Case 2:21-cv-01940 Serio v. Busack et al Certificate of Interested Parties (0.10hrs)<br>- 3 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 0.50 | $100.00 |

| 11/03/2021 | Services provided on 11/3/2021<br>- Case Expense Checklist - Service Fees created, then edited (0.10hrs)<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs)<br>- 1 email sent/reviewed regarding 2107813 Update from LPS/Legal Process Service Case#:2:21-cv-01940-JAD-NJK Serve: Pregame LL (0.10hrs) | JCJ | $200.00 | 0.30 | $60.00 |
| 11/16/2021 | Services provided on 11/16/2021<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 11/30/2021 | Services provided on 11/30/2021<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 12/03/2021 | Services provided on 12/3/2021<br>- Declaration of Ronald D. Green edited (0.10hrs)<br>- Email attachment reviewed - Declaration of Ronald D. Green (0.10hrs)<br>- Email attachment reviewed - Motion for Entry of Clerk's Default (0.10hrs)<br>- Motion for Entry of Clerk's Default edited (0.20hrs)<br>- 2 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.40hrs) | MLR | $325.00 | 0.90 | $292.50 |
| 12/03/2021 | Services provided on 12/3/2021<br>- Declaration of Ronald D. Green created, then edited (0.10hrs)<br>- Exhibit A - Returns of Service created, then edited (0.10hrs)<br>- Declaration of Ronald D. Green created, then edited (0.10hrs)<br>- Motion for Entry of Clerk's Default created, then reviewed (0.50hrs)<br>- 2107915.afft reviewed (0.10hrs)<br>- 4 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.20hrs) | JCJ | $200.00 | 1.10 | $220.00 |
| 12/15/2021 | Services provided on 12/15/2021<br>- Motion for Entry of Clerk's Default reviewed (0.10hrs) | LNC | $200.00 | 0.10 | $20.00 |

| Date | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/15/2021 | Services provided on 12/15/2021<br>- Exhibit A - Returns of Service created,<br>then edited (0.10hrs)<br>- 1 email sent/reviewed regarding Scott<br>Serio v. Pregame LLC and Randall<br>Busack Case No.: 2:21-cv-01940 Our<br>File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 0.20 | $40.00 |
| 12/21/2021 | Services provided on 12/21/2021<br>- 2021.11.01. Entry of Clerk's Default<br>reviewed (0.10hrs)<br>- Request for Clerk's Default created<br>(0.10hrs)<br>- Declaration in Support of Default<br>created (0.10hrs)<br>- Exhibit 1 - Returns of Service edited<br>(0.10hrs)<br>- 1 email sent/reviewed regarding Scott<br>Serio v. Pregame LLC and Randall<br>Busack Case No.: 2:21-cv-01940 Our<br>File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 0.50 | $100.00 |
| 12/22/2021 | Services provided on 12/22/2021<br>- 3 emails sent/reviewed regarding<br>Scott Serio v. Pregame LLC and Randall<br>Busack Case No.: 2:21-cv-01940 Our<br>File: 00687-0010 (0.60hrs) | JCJ | $200.00 | 0.60 | $120.00 |
| 12/23/2021 | Services provided on 12/23/2021<br>- 1 email sent/reviewed regarding Scott<br>Serio v. Pregame LLC and Randall<br>Busack Case No.: 2:21-cv-01940 Our<br>File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 12/28/2021 | Services provided on 12/28/2021<br>- 1 email sent/reviewed regarding Scott<br>Serio v. Pregame LLC and Randall<br>Busack Case No.: 2:21-cv-01940 Our<br>File: 00687-0010 (0.10hrs) | JCJ | $200.00 | 0.10 | $20.00 |
| 01/05/2022 | Services provided on 1/5/2022<br>- 1 email sent/reviewed regarding Scott<br>Serio v. Pregame LLC and Randall<br>Busack Case No.: 2:21-cv-01940 Our<br>File: 00687-0010 (0.20hrs) | JCJ | $275.00 | 0.20 | $55.00 |
| 01/07/2022 | Services provided on 1/7/2022<br>- 1 email sent/reviewed regarding Scott<br>Serio v. Pregame LLC and Randall<br>Busack Case No.: 2:21-cv-01940 Our<br>File: 00687-0010 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 01/10/2022 | Services provided on 1/10/2022<br>- 2 emails sent/reviewed regarding<br>Scott Serio v. Pregame LLC and Randall<br>Busack Case No.: 2:21-cv-01940 Our<br>File: 00687-0010 (0.10hrs) | JCJ | $275.00 | 0.10 | $27.50 |

| 01/20/2022 | Services provided on 1/20/2022<br>- Request for Clerk's Default edited (0.10hrs)<br>- Declaration in Support of Default edited (0.10hrs)<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs)<br>- 1 email sent/reviewed regarding Activity in Case 2:21-cv-01940-JAD-NJK Serio v. Busack et al Motion for Entry of Clerks Default (0.20hrs) | JCJ | $275.00 | 0.50 | $137.50 |
| 02/10/2022 | Services provided on 2/10/2022<br>- 2 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.20hrs) | JCJ | $275.00 | 0.20 | $55.00 |
| 02/11/2022 | Services provided on 2/11/2022<br>- California - Motion for Final Default reviewed (0.10hrs) | JAG | $525.00 | 0.10 | $52.50 |
| 02/11/2022 | Services provided on 2/11/2022<br>- California - Motion for Final Default created (0.10hrs)<br>- California - Declaration of Attorney in Support of Final Default created (0.10hrs)<br>- California - Notice of Motion for Final Default created (0.10hrs)<br>- California - Proposed Order for Final Default created (0.10hrs)<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | JCJ | $275.00 | 0.50 | $137.50 |
| 02/18/2022 | Services provided on 2/18/2022<br>- Nevada - Motion for Final Default-KP Draft edited (0.20hrs) | MLR | $325.00 | 0.20 | $65.00 |
| 02/25/2022 | Services provided on 2/25/2022<br>- Nevada - Motion for Final Default -KP Draft v3 edited (0.40hrs)<br>- Declaration of Serio in Support of Mtn for FINAL DEFAULT edited (0.20hrs) | MLR | $325.00 | 0.60 | $195.00 |

| 03/01/2022 | Services provided on 3/1/2022<br>- 2022.03.01. Declaration of Scott Serio Default edited and reviewed (0.50hrs)<br>- California - Declaration of Attorney in Support of Final Default reviewed (0.10hrs)<br>- DE 0001. Complaint reviewed (0.10hrs)<br>- 2022.03.01. Motion for Final Default edited and reviewed (1.00hrs)<br>- 2022.03.01. Declaration of Ronald D. Green Default edited (0.40hrs)<br>- 2022.03.01. Declaration of Scott Serio (2) Default edited (0.10hrs)<br>- 2022.03.01. Proposed Order edited (0.10hrs)<br>- 2022.03.01. Notice of Motion edited (0.10hrs)<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | MLR | $325.00 | 2.50 | $812.50 |
| 03/01/2022 | Services provided on 3/1/2022<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | JCJ | $275.00 | 0.10 | $27.50 |
| 04/12/2022 | Services provided on 4/12/2022<br>- 2022.03.01. Declaration of Ronald D. Green Default reviewed (0.10hrs)<br>- 2 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | MLR | $325.00 | 0.20 | $65.00 |
| 04/13/2022 | Services provided on 4/13/2022<br>- 2022.03.01. Declaration of Ronald D. Green Default reviewed (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 04/25/2022 | Services provided on 4/25/2022<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 04/27/2022 | Services provided on 4/27/2022<br>- Email attachment reviewed - invoice_26771_Redacted (0.10hrs)<br>- 3 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.30hrs) | MLR | $325.00 | 0.40 | $130.00 |

| 04/28/2022 | Services provided on 4/28/2022<br>- invoice_26771_Redacted reviewed (0.10hrs)<br>- 2022.04.28. Declaration of Scott Serio Default edited and reviewed (0.10hrs)<br>- 2022.04.28. Declaration of Ronald D. Green Default edited (0.20hrs)<br>- 2022.04.28. Notice of Motion edited (0.10hrs)<br>- 2022.04.28. Proposed Order edited (0.10hrs)<br>- 2022.04.28. Motion for Final Default edited (0.10hrs)<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | MLR | $325.00 | 0.80 | $260.00 |
| 04/29/2022 | Services provided on 4/29/2022<br>- 2 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | JC | $175.00 | 0.10 | $17.50 |
| 05/02/2022 | Services provided on 5/2/2022<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 05/03/2022 | Services provided on 5/3/2022<br>- Exhibit 4 - SRIPLAW Invoice 35900 created (0.10hrs)<br>- 2022.05.03. Notice of Motion edited (0.10hrs)<br>- 2022.05.03. Declaration of Scott Serio Default edited (0.10hrs)<br>- 2022.05.03. Notice and Motion for Final Default edited (0.40hrs)<br>- 2022.05.03. Proposed Order edited (0.10hrs)<br>- 2022.05.03. Declaration of Ronald D. Green Default edited (0.20hrs)<br>- 2 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs)<br>- 3 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.20hrs) | MLR | $325.00 | 1.30 | $422.50 |

| 05/03/2022 | Services provided on 5/3/2022<br>- Exhibit 3 - Randazza invoice_26771_Redacted edited (0.10hrs)<br>- Exhibit 4 - SRIPLAW Invoice 35900 edited (0.10hrs)<br>- Exhibit 7 - Post Judgment Interest Rate _ United States Courts edited (0.10hrs)<br>- Exhibit 6 - The Fed - Selected Interest Rates (Daily) - H.15 - May 03, 2022 edited (0.10hrs)<br>- Exhibit 5 - Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity (DGS1) _ FRED _ St. Louis Fed edited (0.10hrs)<br>- 2022.05.03. Declaration of Ronald D. Green Default reviewed (0.20hrs)<br>- Exhibit B to JAG Declaration - SRIPLAW Invoice 35900 - Copy edited (0.10hrs)<br>- California - Declaration of Attorney in Support of Final Default reviewed (0.70hrs)<br>- Exhibit 1 - Infringement edited (0.10hrs) | JCJ | $275.00 | 1.60 | $440.00 |
| 05/06/2022 | Services provided on 5/6/2022<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 06/01/2022 | Services provided on 6/1/2022<br>- 1 email sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 (0.10hrs) | MLR | $325.00 | 0.10 | $32.50 |
| 10/03/2022 | 1 email sent/reviewed | MLR | $325.00 | 0.10 | $32.50 |
| 10/04/2022 | 2022.10.04. Proposed Order edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/04/2022 | 2022.10.04. Declaration of Scott Serio Default edited | MLR | $325.00 | 0.30 | $97.50 |
| 10/04/2022 | 9-2 reviewed | MLR | $325.00 | 0.20 | $65.00 |
| 10/04/2022 | 2022.10.04. Declaration of Trey Rothell edited and reviewed | MLR | $325.00 | 0.60 | $195.00 |
| 10/04/2022 | DE 0011. MINUTE ORDER IN CHAMBERS of the Honorable Judge Jennifer A. Dorsey on 1032022. Clerks default was (2022.10.03) reviewed | MLR | $325.00 | 0.20 | $65.00 |
| 10/04/2022 | 2022.10.04. Notice and Motion for Final Default edited and reviewed | MLR | $325.00 | 1.50 | $487.50 |

| 10/04/2022 | 1 email sent/reviewed | MLR | $325.00 | 0.10 | $32.50 |
|---|---|---|---|---|---|
| 10/05/2022 | 2022.10.05. Proposed Order edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/05/2022 | 2022.10.05. Notice and Motion for Final Default edited | MLR | $325.00 | 0.30 | $97.50 |
| 10/05/2022 | 2022.10.05. Declaration of Trey Rothell edited | MLR | $325.00 | 0.20 | $65.00 |
| 10/05/2022 | 2022.10.05. Declaration of Scott Serio Default edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/06/2022 | 2022.10.05. Proposed Order edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/06/2022 | 2022.10.05. Declaration of Scott Serio Default edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/06/2022 | 2022.10.05. Notice and Motion for Final Default edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/06/2022 | 2022.10.05. Declaration of Trey Rothell edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/06/2022 | 2 emails sent/reviewed | MLR | $325.00 | 0.10 | $32.50 |
| 10/24/2022 | 2022.10.05. Declaration of Scott Serio Default edited | MLR | $325.00 | 0.20 | $65.00 |
| 10/24/2022 | 215_pregame-com-sports-stories-b-news-posts-irap-2017-kentucky-derby-odds_2021-03-04_10-39-49 reviewed | MLR | $325.00 | 0.10 | $32.50 |
| 10/24/2022 | 2022.10.05. Notice and Motion for Final Default edited | MLR | $325.00 | 0.20 | $65.00 |
| 10/24/2022 | 3 emails sent/reviewed | MLR | $325.00 | 0.20 | $65.00 |
| 10/24/2022 | 2022.10.05. Declaration of Scott Serio Default edited | JAG | $450.00 | 0.10 | $45.00 |
| 10/24/2022 | 2022.10.05. Notice and Motion for Final Default edited | JAG | $450.00 | 0.70 | $315.00 |
| 10/25/2022 | 2022.10.05. Notice and Motion for Final Default edited | MLR | $325.00 | 0.10 | $32.50 |
| 10/25/2022 | 2 emails sent/reviewed regarding Scott Serio v. Pregame LLC and Randall Busack Case No.: 2:21-cv-01940 Our File: 00687-0010 | JCJ | $275.00 | 0.10 | $27.50 |

**$7,177.50**

## Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 10/25/2021 | Disbursement for fee for service of process of Summons and Complaint. | $184.60 | 1.00 | $184.60 |

| 11/03/2021 | Disbursement for fee for service of process of Summons and Complaint. | $89.60 | 1.00 | $89.60 |
|---|---|---|---|---|
| | | | | $274.20 |

| | | |
|---|---|---|
| | **Subtotal** | **$7,451.70** |
| | **Total** | **$7,451.70** |
| | **Total Balance Due** | **$7,451.70** |

## Professional Fee Summary

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| JAG | 0.10 | $525.00 | $52.50 |
| | 0.80 | $450.00 | $360.00 |
| MLR | 12.60 | $325.00 | $4,095.00 |
| | 0.50 | $300.00 | $150.00 |
| JCJ | 3.30 | $275.00 | $907.50 |
| | 7.70 | $200.00 | $1,540.00 |
| LNC | 0.10 | $200.00 | $20.00 |
| CJW | 0.20 | $175.00 | $35.00 |
| JC | 0.10 | $175.00 | $17.50 |
| **Total** | **25.40** | | **$7,177.50** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|------|----------------|----------|-------:|-----------------:|----:|
| **Total** | | | **$0.00** | **$0.00** | **$0.00** |

## Account Summary

No entries found

# Exhibit

# 4



Categories > Money, Banking, & Finance > Interest Rates > Treasury Constant Maturity

# Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1)

DOWNLOAD

**Observation:**
2017-05-05: **1.10** (+ more)
Updated: Nov 9, 2022

**Units:**
Percent,
Not Seasonally Adjusted

**Frequency:**
Daily

1Y | 5Y | 10Y | Max

EDIT GRAPH

2017-05-04 | 2017-05-06

*Shaded areas indicate U.S. recessions.* Source: Board of Governors of the Federal Reserve System (US) fred.stlouisfed.org

Share Links Account Tools

## NOTES

**Source:** Board of Governors of the Federal Reserve System (US) **Release:** H.15 Selected Interest Rates

**Units:** Percent, Not Seasonally Adjusted

**Frequency:** Daily

For further information regarding treasury constant maturity data, please refer to the H.15 Statistical Release notes and the Treasury Yield Curve Methodology.

**Suggested Citation:**
Board of Governors of the Federal Reserve System (US), Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis [DGS1], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/DGS1, November 9, 2022.

## RELEASE TABLES

**H.15 Selected Interest Rates**

Selected Interest Rates Instruments, Yields in percent per annum: Daily

## RELATED CONTENT

**Related Resources**

FRED Blog
**What's behind the recent surge in the M1 money supply?**




FRED Blog
**What's happened so far with the return on safe and liquid assets?**



FRED Blog
**Top FRED Blog posts in 2021**



ALFRED Vintage Series
**Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity,** …

## Other Formats

Annual, Not Seasonally Adjusted    Monthly, Not Seasonally Adjusted    Weekly, Not Seasonally Adjusted

## Related Categories

Treasury Constant Maturity    Interest Rates    Money, Banking, & Finance

## Sources

More Releases from Board of Governors of the Federal Reserve System (US)

## Releases

More Series from H.15 Selected Interest Rates

## Tags

1-Year    Maturity    H.15 Selected Interest Rates    Treasury    Daily    Interest Rate    Interest    Board of Governors    Rate    Nation

Public Domain: Citation Requested    Not Seasonally Adjusted    United States of America

▼ Filter

▽

# Exhibit
# 5

# Selected Interest Rates (Daily) - H.15

## H.15 Selected Interest Rates  📶 RSS  📊 Data Download

> The release is posted daily Monday through Friday at 4:15pm. The release is not posted on holidays or in the event that the Board is closed.

**Release date: November 9, 2022**

### Selected Interest Rates

Yields in percent per annum

| Instruments | 2022 Nov 2 | 2022 Nov 3 | 2022 Nov 4 | 2022 Nov 7 | 2022 Nov 8 |
|---|---|---|---|---|---|
| Federal funds (effective) 1 2 3 | 3.08 | 3.83 | 3.83 | 3.83 | 3.83 |
| Commercial Paper 3 4 5 6 | | | | | |
| Nonfinancial | | | | | |
| 1-month | 4.17 | 3.79 | 3.89 | 3.90 | 3.78 |
| 2-month | n.a. | n.a. | n.a. | n.a. | 3.84 |
| 3-month | 4.30 | 4.21 | 4.24 | 4.47 | 4.25 |
| Financial | | | | | |
| 1-month | n.a. | 3.82 | 3.87 | 3.90 | 3.85 |
| 2-month | n.a. | 4.02 | n.a. | 4.14 | n.a. |
| 3-month | n.a. | 4.27 | n.a. | 4.39 | 4.59 |
| Bank prime loan 2 3 7 | 6.25 | 7.00 | 7.00 | 7.00 | 7.00 |
| Discount window primary credit 2 8 | 3.25 | 4.00 | 4.00 | 4.00 | 4.00 |
| U.S. government securities | | | | | |
| Treasury bills (secondary market) 3 4 | | | | | |
| 4-week | 3.53 | 3.63 | 3.60 | 3.64 | 3.51 |
| 3-month | 4.04 | 4.06 | 4.02 | 4.12 | 4.10 |
| 6-month | 4.45 | 4.44 | 4.43 | 4.50 | 4.48 |
| 1-year | 4.53 | 4.56 | 4.54 | 4.57 | 4.55 |
| Treasury constant maturities | | | | | |
| Nominal 9 | | | | | |
| 1-month | 3.70 | 3.75 | 3.73 | 3.78 | 3.66 |
| 3-month | 4.22 | 4.25 | 4.21 | 4.29 | 4.28 |
| 6-month | 4.57 | 4.57 | 4.55 | 4.62 | 4.60 |
| 1-year | 4.76 | 4.78 | 4.76 | 4.80 | 4.77 |
| 2-year | 4.61 | 4.71 | 4.66 | 4.72 | 4.67 |
| 3-year | 4.54 | 4.63 | 4.58 | 4.63 | 4.55 |
| 5-year | 4.30 | 4.36 | 4.33 | 4.39 | 4.31 |
| 7-year | 4.20 | 4.26 | 4.26 | 4.31 | 4.22 |
| 10-year | 4.10 | 4.14 | 4.17 | 4.22 | 4.14 |
| 20-year | 4.41 | 4.42 | 4.49 | 4.55 | 4.47 |
| 30-year | 4.15 | 4.18 | 4.27 | 4.34 | 4.28 |

| Inflation indexed 10 | | | | | |
|---|---|---|---|---|---|
| 5-year | 1.62 | 1.82 | 1.72 | 1.72 | 1.70 |
| 7-year | 1.59 | 1.77 | 1.71 | 1.70 | 1.67 |
| 10-year | 1.57 | 1.74 | 1.69 | 1.69 | 1.64 |
| 20-year | 1.60 | 1.74 | 1.73 | 1.73 | 1.69 |
| 30-year | 1.63 | 1.76 | 1.77 | 1.77 | 1.74 |
| Inflation-indexed long-term average 11 | 1.81 | 1.94 | 1.96 | 1.95 | 1.92 |

n.a.Not available.

## Footnotes

1. As of March 1, 2016, the daily effective federal funds rate (EFFR) is a volume-weighted median of transaction-level data collected from depository institutions in the Report of Selected Money Market Rates (FR 2420). Prior to March 1, 2016, the EFFR was a volume-weighted mean of rates on brokered trades.

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; monthly figures include each calendar day in the month.

3. Annualized using a 360-day year or bank interest.

4. On a discount basis.

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent to the 30-, 60-, and 90-day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/).

6. Financial paper that is insured by the FDIC's Temporary Liquidity Guarantee Program is not excluded from relevant indexes, nor is any financial or nonfinancial commercial paper that may be directly or indirectly affected by one or more of the Federal Reserve's liquidity facilities. Thus the rates published after September 19, 2008, likely reflect the direct or indirect effects of the new temporary programs and, accordingly, likely are not comparable for some purposes to rates published prior to that period.

7. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term business loans.

8. The rate charged for discounts made and advances extended under the Federal Reserve's primary credit discount window program, which became effective January 9, 2003. This rate replaces that for adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/200210312/default.htm. The rate reported is that for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit as well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.htm.

9. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published a factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treasury.gov/resource-center/data-chart-center/interest-rates/. Source: U.S. Treasury.

10. Yields on Treasury inflation protected securities (TIPS) adjusted to constant maturities. Source: U.S. Treasury. Additional information on both nominal and inflation-indexed yields may be found at www.treasury.gov/resource-center/data-chart-center/interest-rates/.

11. Based on the unweighted average bid yields for all TIPS with remaining terms to maturity of more than 10 years.

---

Note: Current and historical H.15 data, along with weekly, monthly, and annual averages, are available on the Board's Data Download Program (DDP) at www.federalreserve.gov/datadownload/Choose.aspx?rel=H15). Weekly, monthly and annual rates are averages of business days unless otherwise noted.

---

## Description of the Treasury Nominal and Inflation-Indexed Constant Maturity Series

Yields on Treasury nominal securities at "constant maturity" are interpolated by the U.S. Treasury from the daily yield curve for non-inflation-indexed Treasury securities. This curve, which relates the yield on a security to its time to maturity, is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations obtained by the Federal Reserve Bank of New York. The constant maturity yield values are read from the yield curve at fixed maturities, currently 1, 3, and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10-year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity. Similarly, yields on inflation-indexed securities at "constant maturity" are interpolated from the daily yield curve for Treasury inflation protected securities in the over-the-counter market. The inflation-indexed constant maturity yields are read from this yield curve at fixed maturities, currently 5, 7, 10, 20, and 30 years.

---

Last Update: November 09, 2022

# Exhibit

# 6

# Post Judgment Interest Rate

*Interest is allowed on most judgments entered in the federal courts from the date of judgment until paid.*

The types of judgments generally fall under one of three statutes:

1. 28 U.S.C. 1961 (/services-forms/fees/post-judgement-interest-rate/28-usc-1961-post-judgment-interest-rates), which governs civil and bankruptcy adversary judgment interest;

2. 18 U.S.C. 3612 (f)(2) (/services-forms/fees/post-judgement-interest-rate/18-usca-ss-3612-post-judgment-interest-rates), which governs criminal judgments or sentences; and

3. 40 U.S.C. 3116 (/services-forms/fees/post-judgement-interest-rate/40-usc-3116-post-judgment-interest-rates), which governs deficiency judgments in condemnation proceedings.

These statutory references should be checked with reliable statutory data bases such as Westlaw. Lexis, or other appropriately maintained sources of the U.S. Code for the latest changes.

Under each of the above statutes the rate of interest used in calculating the amount of post judgment interest is the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System. Prior to December 21, 2000 the rate of interest allowed under the statutes cited above was based on the coupon issue yield equivalent (as determined by the Secretary of the Treasury) of the average accepted auction price for the last auction of 52 week t- bills settled immediately preceding entry of the judgment. The way the rate is used differs under each of the cited statutes, so those sections should be reviewed to determine how to apply it to any particular judgment.

# Current Applicable Rates

Effective October 11, 2016 the Federal Reserve Board ceased publication of the following interest rates on its Selected Interest Rates (H.15) statistical release: Eurodollar deposits, corporate bonds, state and local bonds, and conventional mortgages. The interest rate swaps continued to be published for two more weeks and was discontinued on October 31, 2016.

A list of sources for the discontinued data is available at: http://www.federalreserve.gov/releases/h15/h15_technical_qa.htm (https://www.federalreserve.gov/releases/h15/h15_technical_qa.htm)

The Board will continue to publish the following interest rates in the H.15 release: federal funds (effective), commercial paper, bank prime loan, discount window primary credit, and U.S. Treasury

securities.

Additionally, as of October 11, 2016, the Board no longer publishes the H.15 in PDF format or publish weekly and monthly averages directly on the H.15. Weekly and monthly averages continue to be available through the Board's Data Download Program (https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H.15).

The H.15 will be published at 4:15pm every business day (excluding holidays).