# EXHIBIT 1
# Declaration of Scott Serio

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Scott Serio

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT SERIO,<br><br>Plaintiff,<br><br>vs.<br><br>PREGAME LLC and<br>RANDALL JAMES BUSACK,<br><br>Defendants. | Case No. 2:21-cv-01940-JAD-NJK<br><br>**DECLARATION OF<br>SCOTT SERIO** |

I, SCOTT SERIO, declare:

1. I am the Plaintiff in the above-captioned matter. I provide this Declaration in support of the Response to the Court's Order to Show Cause, filed herewith. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. Randazza Legal Group, PLLC ("RLG") are my attorneys for this case, and I authorized this case to be filed on my behalf.

3. I have regularly hired SRIP Law ("SRIP") in the past and they are assisting RLG with prosecuting this case.

4. I am aware that SRIP does not employ any Nevada-licensed attorneys, so RLG attorneys, who are licensed to practice law in Nevada, are my counsel in this case, advising me and making ultimate tactical decisions in this litigation. Any substantive decisions are my own.

5. I have remained abreast of this entire case from my attorneys, my copyright agent, and by monitoring the case docket online through PACER.

6. Unfortunately, my copyrighted works are frequently infringed, so I have to engage in litigation to vindicate my rights. Litigation can be expensive and burdensome for me because I may not recover any compensation. But, I recognize that I must protect my rights.

7. I have approximately 51 active cases filed on behalf of me or my company nationwide, so I also utilize my copyright agent to assist me in protecting my property. This allows me to focus more time in my art.

8. I have reviewed all documents filed in this case. Further, my wife is a licensed attorney, and she has reviewed them as well. So, I am aware of everything that is ongoing in this action.

I declare under perjury that the foregoing is true and correct.

Executed on: 1/24/23 .

*Scott J. Serio*

SCOTT SERIO