# EXHIBIT 2
# Declaration of Jonah Grossbardt

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV  89117
702.420.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiff
SCOTT SERIO

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT SERIO,<br><br>    Plaintiff,<br><br>v.<br><br>PREGAME LLC and RANDALL JAMES BUSACK,<br><br>    Defendants. | Case Number: 2:21-cv-01940-JAD-NJK<br><br>DECLARATION OF JONAH A. GROSSBARDT IN RESPONSE TO ORDER TO SHOW CAUSE |

I, Jonah A. Grossbardt, declare and say:

1. I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2. I am a Partner at the law firm SRIPLAW, P.A. I have been working for SRIPLAW, P.A. since December 2017.

3. SRIPLaw is a national intellectual property law firm.

4. SRIPLaw does not employ any Nevada-licensed attorneys.

5. I am licensed to practice law in the States of New York and California.

1

6. I am admitted before the United States Supreme Court, United States Court of Appeals – 9th Circuit, the United States District Court – Central District of California, the United States District Court – Southern District of California, the United States District Court – Northern District of California, the United States District Court – Eastern District of California, the United States District Court – District of Colorado, the United States District Court – Eastern District of New York, the United States District Court – Southern District of New York and the United States District Court – Southern District of Texas.

7. I am in good standing in every jurisdiction that I have been admitted to.

8. I have not and do not regularly practice law in Federal or State Courts of Nevada. I am not a licensed attorney in the State of Nevada, however, I would be eligible for *pro hac vice* admission in the District of Nevada if I apply. I have not appeared before this Court more than five times in the past three years.

9. I have not made an appearance before the Court, nor have I signed any documents. I have not provided any legal advice to Serio relating to this action.

10. I am not a resident of Nevada, nor am I employed in Nevada.

11. I worked with my associate, Matthew Rollin, with drafting some of the documents that were later sent to Mr. Trey Rothell for editing. In this way, we assisted RLG with the case providing our institutional knowledge about the Plaintiff, as well as legal research and drafting assistance. At all times the documents were supervised, edited, and reviewed by Mr. Rothell and Randazza Legal Group.

12. Scott Serio, the Plaintiff, retained both SRIPLAW and Randazza Legal Group for the purposes of filing a copyright infringement complaint in this matter.

13. Scott Serio has been represented by SRIPLAW for approximately three years.

14. The term "Primary Counsel" was a scriveners error not previously corrected after its use in an earlier case.

15. The term "Primary Counsel" was not used to suggest or indicate SRIPLAW's attorneys were engaged in unauthorized practice of law before this Court, instead the term was carried over in error from earlier cases in which SRIPLAW attorneys, over the past three years, have worked as Serio's "primary counsel."

16. I have practiced copyright law in district courts throughout the 9th Circuit, both where I am admitted and via *pro hac vice*.

17. When clients have claims in states where SRIPLaw attorneys are not admitted, SRIPLaw assists clients in finding local attorneys.

18. During the course of this case, I had minimal contact with the Plaintiff.

19. I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 25, 2023

/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT

3