# EXHIBIT 3
# Declaration of Matthew Rollin

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV  89117
702.420.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiff
SCOTT SERIO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT SERIO, <br><br> Plaintiff, <br><br> v. <br><br> PREGAME LLC and RANDALL JAMES BUSACK, <br><br> Defendants. | Case Number: 2:21-cv-01940-JAD-NJK <br><br> DECLARATION OF MATTHEW L. ROLLIN IN RESPONSE TO ORDER TO SHOW CAUSE |

I, Matthew L. Rollin, declare and say:

 1. I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

 2. I have been working for SRIPLAW, PA as an associate attorney since March 2021.

 3. I am licensed to practice law in the State of California. My California State Bar Number is 332631. I was admitted on January 11, 2021.

 4. I am admitted before the United States Court of Appeals – 9th Circuit; United States District Courts: Central District of California; Southern District of

1

California; Northern District of California; Eastern District of California; and District of Colorado.

5. I am in good standing in every jurisdiction that I have been admitted to.

6. I have not and do not regularly practice law in Federal or State Courts of Nevada. I am not a licensed attorney in the State of Nevada, however, I would be eligible for *pro hac vice* admission in the District of Nevada if I apply. I have not appeared before this Court more than five times in the past three years. I am not a resident of Nevada, nor am I employed in Nevada.

7. I have not made an appearance before the Court, nor have I signed any documents.

8. During the scope of my employment at SRIPLAW, PA, I draft and review a variety of documents, including, but not limited to Complaints, Motions for Clerk's Default and Motions for Final Default.

9. The documents drafted in this matter came from blank templates from other Scott Serio matters that SRIPLAW had handled over the years. I assisted Trey Rothell with the drafting of documents.

10. Upon completion of a first draft, I would send the documents to Mr. Rothell for editing. Every document sent to Mr. Rothell and Randazza Legal Group were heavily scrutinized. At all times I was supervised, edited, and reviewed by Mr. Rothell and Randazza Legal Group.

11. During the course of this case, I had minimal contact with the Plaintiff. I sent him an email on October 24, 2022, with a copy of a draft declaration for him to

review. I provided no legal advice or counsel. After Mr. Serio's approval of the declaration, it was sent to Mr. Rothell for review.

12. I have practiced copyright law in district courts throughout the 9th Circuit, both where I am admitted and via *pro hac vice*.

13. I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 25, 2023

                                                */s/ Matthew L. Rollin*
                                                MATTHEW L. ROLLIN