# EXHIBIT 5
# Declaration of Ronald Green

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Scott Serio

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT SERIO,<br><br>  Plaintiff,<br><br> vs.<br><br>PREGAME LLC and<br>RANDALL JAMES BUSACK,<br><br>  Defendants. | Case No. 2:21-cv-01940-JAD-NJK<br><br>**DECLARATION OF<br>RONALD D. GREEN** |

I, RONALD D. GREEN, declare:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff SCOTT SERIO ("Serio") in the above-captioned matter. I provide this Declaration in support of the Response to the Court's Order to Show Cause, filed herewith. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. I am counsel to Plaintiff Serio in this case, along with attorneys Marc J. Randazza and Trey A. Rothell.

3. I was barred in the State of Nevada in 2000. Since 2003, I have been practicing intellectual property law, including copyright litigation.

4. I appeared in this case on October 20, 2021.

5. Prior to filing this action, I reviewed and revised the complaint to ensure that it was accurate, complete, and complied with the District of Nevada local rules.

6. Similarly, I reviewed the request for entry of default and filed it on January 20, 2022. I do not recall making any revisions to the request for entry of default, but I would have done so if it was necessary.

7. At all times in this action, Nevada-licensed attorneys employed by Randazza Legal Group, PLLC ("RLG") were lead counsel for Serio and continue to be lead counsel for Serio.

8. Every document that bears my signature in this case was personally reviewed, edited, and filed by me on Serio's behalf.

9. RLG attorneys are responsible for this case, and have been for the entirety of the pendency of this action. We have maintained full and independent control over this litigation. Further, RLG attorneys have signed all pleadings and papers on behalf of Serio in this action.

10. Throughout this entire case, RLG attorneys independently made all litigation decisions, signed all pleadings, and thoroughly reviewed and edited all documents filed with this Court.

11. Any work the SRIP Attorneys performed on this action was under the supervision of RLG attorneys. Such work was thoroughly vetted and edited prior to being filed with this Court.

I declare under perjury that the foregoing is true and correct.

Executed on: January 25, 2023.

/s/ Ronald D. Green
RONALD D. GREEN