# EXHIBIT 6
# Declaration of Trey Rothell

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
4974 S. Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Scott Serio

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT SERIO,<br><br>      Plaintiff,<br><br>  vs.<br><br>PREGAME LLC and<br>RANDALL JAMES BUSACK,<br><br>      Defendants. | Case No. 2:21-cv-01940-JAD-NJK<br><br>**DECLARATION OF**<br>**TREY A. ROTHELL** |

      I, TREY A. ROTHELL, declare:

      1.    I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff SCOTT SERIO ("Serio") in the above-captioned matter. I provide this Declaration in support of the Response to the Court's Order to Show Cause, filed herewith. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

      2.    I am counsel to Plaintiff Serio in this case, along with attorneys Marc J. Randazza and Ronald D. Green.

      3.    I appeared in this case on November 10, 2022.

      4.    At all times in this action, Nevada-licensed attorneys employed by Randazza Legal Group, PLLC ("RLG") were lead counsel for Serio and continue to be lead counsel for Serio.

5. Every document that bears my signature in this case was personally reviewed, edited, and filed by me on Serio's behalf.

6. RLG attorneys are responsible for this case and have been for the entirety of the pendency of this action. We have maintained full and independent control over this litigation. Further, RLG attorneys have signed all pleadings and papers on behalf of Serio in this action.

7. Throughout this entire case, RLG attorneys independently made all litigation decisions, signed all pleadings, and thoroughly reviewed and edited all documents filed with this Court.

8. Any work the SRIP Attorneys performed on this action was under the supervision of RLG attorneys. Such work was thoroughly vetted and edited prior to being filed with this Court.

9. SRIP sent me a copy of a draft motion for default judgment. I spent no less than 4 hours reviewing and significantly revising the motion. Specifically, I checked each citation in the draft motion, contributed original research, and re-wrote large portions of the brief.

I declare under perjury that the foregoing is true and correct.

Executed on: January 25, 2023.

/s/ Trey A. Rothell
TREY A. ROTHELL