# EXHIBIT 7
# Letter of Reprimand
# OBC19-0259

# STATE BAR OF NEVADA



September 10, 2019

**<u>LETTER OF REPRIMAND</u>**

Cyrus Safa, Esq.
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670

    RE:  Case No. OBC19-0259

3100 W. Charleston Blvd.
Suite 100
Las Vegas, NV 89102
phone 702.382.2200
toll free 800.254.2797
fax 702.385.2878

9456 Double R Blvd., Ste. B
Reno, NV 89521-5977
phone 775.329.4100
fax 775.329.0522

*www.nvbar.org*

Dear Mr. Safa:

    A Screening Panel of the Southern Nevada Disciplinary Board (the "Panel") convened on September 10, 2019 to consider the above-referenced grievance against you. The Panel concluded that you violated the Rules of Professional Conduct ("RPC") and that you should be reprimanded. This letter constitutes delivery of that reprimand.

    You work for the Law Offices of Lawrence D. Rohlfing, a California Law Firm. Your firm was hired to represent a client in the United States District Court District of Nevada. As a Nevada licensed attorney, licensed to practice in the US District Court of Nevada you were counsel of record for the matter, and the attorney responsible for the case. You also had supervisory authority over other lawyers regarding the matter.

    You filed the complaint. After filing the complaint, you failed to continue working on the case. You also failed to supervise other lawyers working on the case. You allowed a California attorney to do work on the matter and failed to supervise his activity. The California attorney communicated with opposing counsel about the matter including discussion regarding settlement, use of alternative dispute resolution, and consenting to a magistrate judge. You also allowed the California attorney to prepare filings and file them on your behalf without your review.

    Nevada Rule of Professional Conduct 5.1 (Responsibilities of Partners, Managers, and Supervisory Lawyers) requires that a lawyer having direct supervisory authority over another lawyer shall make reasonable efforts to ensure that the other lawyer conforms to the Rules of Professional Conduct. Your failure to supervise another lawyers' efforts in this matter allowed the attorney to violate the Rules of Professional Conduct through the unauthorized practice of law in Nevada. Your conduct falls below the professional standard required of you.

Accordingly, you are hereby REPRIMANDED. In addition, within 30 days of this Letter of Reprimand you are to reimburse the State Bar of Nevada for investigation and prosecution costs of $1,500 pursuant to Supreme Court Rule 120(3). I trust that this reprimand will serve as a reminder to you of your ethical obligations, and that no such problems will arise in the future.

Dated this 10th day of September 2019

*[signature]*

Dan Waite, Esq.
Screening Panel Chair
Southern Nevada Disciplinary Board