UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Scott Serio,<br><br>    Plaintiff<br><br>v.<br><br>Pregame, LLC, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01940-JAD-NJK<br><br>**Order Adopting Report and Recommendation to Grant in Part Motion for Default Judgment**<br><br>[ECF Nos. 13, 17] |

In this copyright-infringement action, Plaintiff Scott Serio moves for a default judgment against Defendants Pregame LLC and Randall James Busack.[1] The magistrate judge has reviewed that motion and recommends that it be granted in part and denied in part and that the court enter default judgment in Serio's favor for statutory damages of $20,000 plus post-judgment interest.[2] The deadline for any party to object to that recommendation was January 25, 2023, and no party objected or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 17] is ADOPTED** in its entirety. The motion for default judgment **[ECF No. 13] is GRANTED in part** as to statutory damages and post-judgment interest but denied in all other respects.

---

[1] ECF No. 13.

[2] ECF No. 17.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Clerk of Court is directed to **ENTER JUDGMENT in favor of Plaintiff Scott Serio against the defendants, jointly and severally, in the amount of $20,000 in statutory damages, which will accrue post-judgment interest, and CLOSE THIS CASE.**[4]

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 26, 2023

---

[4] This closure is without prejudice to the court's ability to resolve the pending order to show cause. ECF No. 16.